No. 89–6771. BROWN v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 89–6772. BRANDON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–6773. GEIGER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6774. SMITH v. QUARLES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 89–6775. SIVLEY v. A. H. ROBINS CO., INC. C. A. 4th Cir. Certiorari denied.

No. 89–6776. RAMSEYER v. CODY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–6779. HERNDON v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 89–6784. HARVEY v. MCHUGH ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–6789. BATTEN v. WATTS CYCLE & MARINE, INC., ET AL. Sup. Ct. Mont. Certiorari denied.

No. 89–6790. GAINES v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 89–6791. LOPEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–6796. LODHI v. STATE BOARD OF LAW EXAMINERS ET AL. Ct. App. N. Y. Certiorari denied.

No. 89–6799. BENGIOVANNI v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 89–6800. BORELLI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.